Tuesday, July 10, 2007 - Albany, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:         M. Price
Steno:         B. Buckley

UNITED STATES OF AMERICA

     VS.                              CRIMINAL NO.   1: 07-CR-26

JOSEPH P. BROWN

APPEARANCES:   AUSA Thomas Spina for Govt;   Lee Kindlon, Esq. for Deft;   USPO
                           Charles Bell o/b/o Craig Penet present

11:30 AM     In court; sentencing held.  Sentencing memos ordered appended to the record.
Defendant sentenced on 1 ct felony information and committed to BOP for a term
of imprisonment of 60 months w/ recommendation that defendant participate in
BOP Sex Offender Treatment Program at FCI Butner or FMC Devens.  Forfeiture
ordered.   Supervised Release of LIFE.   Special Conditions:  1) mental health
treatment   2) no direct and/or indirect contact w/ persons under age of 18 years
3)  register w/ state sex offender registry agency   4)  not to personally possess any
computer and/or other devices w/ on-line capabilities   5)  employment computer
use restriction   6)  3rd party notification requirement   7)  refrain from areas where
persons under age of 18 years are likely to congregate   8) drug / alcohol abuse
testing & treatment   9) refrain use of alcohol   10)  cost contribution provision
and  11) submit to searches.  Special Assessment of $100.00 due immediately.
No fine and/or add'l costs imposed.  Parties advised appeal rights.  Defendant
remanded to USM.

12:00 PM     Court stands adjourned.