UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                      Case No. 07-CR-00026 (TJM)

      v.

JOSEPH P. BROWN,

         Defendant.

CERTIFICATE OF SERVICE BY MAIL

      I hereby certify that on February 27, 2009. I mailed by the United States Postal Service, The Government's Response to petition to vacate conviction and sentence pursuant to 28 U.S.C. § 2255 Response and memorandum of law, pursuant in the above-referenced case, to the following non-CM/ECF Participant:

    Mr. Joseph P. Brown
    Reg.# 14214-052
    Federal Correctional Institution
    P. O. Box 9000
    Seagoville, TX 75159-9000

                                           THOMAS SPINA JR./mc