Prob12B
(7/93)



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAR 11 2016
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Bing.

**United States District Court
for the Northern District of New York**

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph P. Brown                    Case Number: 1:07-CR-000026-001

Name of Sentencing Judicial Officer: Honorable Thomas J. McAvoy, Senior U.S. District Court Judge

Date of Original Sentence: 1) July 10, 2007
                          2) March 8, 2010 (Amended)

Original Offense: 1) Possession of Child Pornography, Forfeiture Allegation
                    2) Amended Judgment

Original Sentence: 1) 60 Months BOP, Life Term of Supervised Release
                     2) Same Sentence/ Special Conditions 6-10 Added

Type of Supervision: Supervised Release            Date Supervision Commenced: April 8, 2011

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.

[X]  To modify the conditions of supervision as follows:

1. You shall reside for a period of two (2) months in a residential reentry center or other suitable facility and shall observe the rules of that facility.

### CAUSE

The defendant admitted to accessing the internet on several occasions from a device that was not approved or monitored by the U.S. Probation Office.

Respectfully submitted,

MATTHEW L. BROWN
Chief U.S. Probation Officer

Approved by: *[signature]*                    by: *[signature]*
Jay P. Driscoll                                    Dan Casullo
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   March 10, 2016

---

**THE COURT ORDERS**
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*
Signature of Judicial Officer

3/11/16
Date

PROB 49
NNYrev.9/02

Waiver of Hearing to Modify Conditions
of Probation or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Probation or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Probation or to the proposed extension of my term of supervision:

1. You shall reside for a period of two (2) months in a residential reentry center or other suitable facility and shall observe the rules of that facility.

Witness: _____
Dan Casullo
U.S. Probation Officer

_____
Jay P. Driscoll
Supervising U.S. Probation Officer

Signed: _____
Joseph Brown
Probationer

03/01/16
Date